**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 216.15.8.6**

**ISP:** RCN Corporation
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/07/2019 06:26:02 | 0D651A87988EBBD0E47288085510C9F8AB597567 | Stunning Sexy Shower |
| 03/27/2017 08:38:16 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 01/18/2017 09:02:05 | 6D8E818DE86E92D79FD4270BD1422B64832F5E7D | Girls Just Want to Have Fun |
| 01/18/2017 08:55:58 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 01/18/2017 08:44:38 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 10/18/2016 03:48:04 | E08FC7C36E6FEB1F4B1BBF0A973DCD0652413A8D | Twice as Nice |
| 10/11/2016 08:27:59 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 10/11/2016 08:25:59 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 09/09/2016 06:42:00 | 7B6BA6F78CF95030CD4AF361CCF87A9528BA87A5 | Love Her Madly |
| 09/09/2016 06:41:01 | 016699010C6AA5E9A1AE6F0C670B2484104C2B26 | Girl Crush |
| 08/02/2016 02:36:33 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |
| 08/02/2016 02:32:11 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 08/02/2016 02:31:42 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 06/30/2016 04:41:47 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |

**Total Statutory Claims Against Defendant: 14**