UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC,         ) | |
| )            | |
| Plaintiff,            ) | Civil Case No. 1:19-cv-02025-TJK |
| )            | |
| v.            ) | |
| )            | |
| PHILIP ASHLOCK,         ) | |
| )            | |
| Defendant.            ) | |
| )            | |

**MOTION FOR ALTERNATE SERVICE ON DEFENDANT PHILIP ASHLOCK**

NOW COMES the Plaintiff, Malibu Media, LLC, through the undersigned attorneys, who moves under Federal Rule of Civil Procedure 4(e)(1), and District of Columbia Rules of Civil Procedure 4(c)(4), for an order permitting alternate service of the October 8, 2019 Summons and Amended Complaint on Defendant Philip Ashlock as follows:

1. This Court should permit alternate service of the summons and Amended Complaint on Defendant Ashlock, because Plaintiff has tried unsuccessfully to serve him personally several times, thus making personal service impracticable.

2. This Court should permit alternate service of the summons and complaint on Defendant Ashlock, because the proposed alternate service is reasonably calculated to give him notice and an opportunity to be heard in this action, thus according with the basic procedural due process requirements.

3. As shown in the attached unsworn declaration of process server Scott Tilles, Mr. Tilles made multiple attempts to serve Defendant Ashlock at his last known address, 2013 New Hampshire Avenue, N.W., Apt. 701, Washington D.C. 20009 (the "Last Known Address"). See Proof of Service by Scott Tilles, attached hereto as Exhibit "A."

4. The unsworn declaration demonstrates that Mr. Tilles attempted to serve Defendant

Ashlock five times. *Id.* This is a secure building and access inside must be granted by a resident. On three separate occasions, Plaintiff's process server was able to obtain access inside the building but there was no response at the door. *Id.* Plaintiff process server has left his contact information outside Defendant's apartment door but Defendant Ashlock has made no contact with Plaintiff's process server. *Id.*

5. Plaintiff, via the process server, has tried to serve Defendant Ashlock multiple times and has concluded that Defendant Ashlock is avoiding service. As a result, personal service is impracticable.

6. The proposed alternate service requested in paragraph B below is reasonably calculated to notify the Defendant of the action and give him an opportunity to be heard.

7. Due to Plaintiff's diligence in attempting to serve despite Defendant's possible avoidance of service, Plaintiff also requests twenty-one days from the date of an Order on this Motion to serve Defendant Ashlock by alternate service.

8. A memorandum of law in support of this motion, and proposed order are filed contemporaneously herewith.

THEREFORE, Plaintiff respectfully requests this Court to:

A. Grant this motion.

B. Permit Plaintiff twenty-one (21) days to serve Defendant Philip Ashlock by alternate service, including sending a summons and copy of the Amended Complaint by registered or certified mail, return receipt requested, and delivery restricted to the addressee at the Last Known Address.

Dated: January 27, 2020                                   Respectfully submitted,

                                                          MALIBU MEDIA, LLC.

PLAINTIFF
By:   /s/ Jon A. Hoppe
Jon A. Hoppe, Esquire #438866
Law Offices of Jon A. Hoppe, Esquire, LLC
1025 Connecticut Avenue, NW
Ste. 1000
Washington, DC. 20036
Tel: (202) 587-2994
E-mail: jhoppe@mhhhlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jon A. Hoppe
