UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:19-cv-02025-TJK |
| v. | ) |
| PHILIP ASHLOCK, | ) |
| Defendant. | ) |

**BRIEF IN SUPPORT OF MOTION FOR
ALTERNATE SERVICE ON DEFENDANT PHILIP ASHLOCK**

Plaintiff hereby respectfully requests that this court should permit alternate service of the summons and Amended Complaint on Defendant Ashlock, because personal service is impracticable, and the proposed alternate service is reasonably calculated to give Defendant notice and an opportunity to be heard in this action, thus according with the basic due process requirements.

With irrelevant exceptions, such as minors or incompetents, "service upon an individual…may be effected in any judicial district of the United States:

> (1) pursuant to the law of the state in which the judicial district is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the Courts of general jurisdiction of the State ....

Fed. R. Civ. P. 4(e)(l).

The applicable territory and territory law is the District of Columbia. Under the District of Columbia Rules of Civil Procedure 4(c)(4):

> Any defendant described in Rule 4(e), (f), (h), (i), (j)(1), or (j)(3) may be served by mailing a copy of the summons, complaint, Initial Order, any addendum to that order, and any other order directed by the court to the parties at the time of filing to the person to be served by registered or certified mail, return receipt requested…

District of Columbia Rules of Civil Procedure 4(c)(4).

The affidavit of process server, Scott Tilles, are attached as Exhibit "A" to the Motion for Alternate Service. These affidavit details the attempts that Mr. Tilles has made to serve Defendant Ashlock and demonstrates that Defendant Ashlock is avoiding service.

In this matter, personal service is impracticable, and alternate service is essential. In this situation, the applicable District of Columbia Rules permit Plaintiff's proposed alternate service. Plaintiff's multiple attempts to serve Defendant Ashlock personally at his Last Known Address have been unsuccessful. However, Plaintiff has concluded that Defendant resides at the Last Known Address and is avoiding service.

Plaintiff requests that the Court allow service to be effected under District of Columbia Rule of Civil Procedure 4.

Plaintiff's proposed alternate service is reasonably calculated to notify Defendant Ashlock of this action and give him an opportunity to be heard. Thus, an alternate service order is justified and necessary. Due to Plaintiff's diligence in attempting to serve, Plaintiff also requests twenty-one days from the date of an Order on this Motion to serve Defendant Ashlock by alternate service. A proposed order is filed contemporaneously herewith.

## CONCLUSION

THEREFORE, PLAINTIFF respectfully requests this Court to:

A. Grant this motion.

B. Permit Plaintiff twenty-one days to serve Defendant Ashlock by alternate service sending a summons and copy of the Amended Complaint by registered or certified mail, return receipt requested, and delivery restricted to the addressee at the Last Known Address.

Dated: January 27, 2020                                         Respectfully submitted,

                                                                MALIBU MEDIA, LLC.
                                                                PLAINTIFF
                                                                By:   /s/ Jon A. Hoppe
                                                                Jon A. Hoppe, Esquire #438866
                                                                Law Offices of Jon A. Hoppe, Esquire, LLC
                                                                1025 Connecticut Avenue, NW
                                                                Ste. 1000
                                                                Washington, DC. 20036
                                                                Tel: (202) 587-2994
                                                                E-mail: jhoppe@mhhhlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                By: /s/ Jon A. Hoppe