**RETURN OF NON-SERVICE**

UNITED STATES DISTRICT COURT
District of District of Columbia

Case Number: 1:19-CV-02025-TJK

Plaintiff:
**MALIBU MEDIA, LLC**

vs.

Defendant:
**PHILIP ASHLOCK**

PRS2019043668

For:
Jon Hoppe
Jon A. Hoppe, Esquire (Copyright)
1025 Connecticut Avenue, NW
#1000
Washington, DC 20036

Received by PRIORITY PROCESS to be served on **PHILIP ASHLOCK, 2013 NEW HAMPSHIRE AVE, NW, APT 701, WASHINGTON, DC 20009**.

I, Scott Tilles, do hereby affirm that on the **7th day of January, 2020** at **3:19 pm**, I:

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT, EXHIBIT A AND EXHIBIT B**. After due search, careful inquiry and diligent attempts was unable to serve on **PHILIP ASHLOCK** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
1/7/2020 3:19 pm Attempted service at 2013 NEW HAMPSHIRE AVE, NW, APT 701, WASHINGTON, DC 20009, NO ANSWER-LEFT CARD., SECURED BUILDING-I WAS ABLE TO GAIN ACCESS, NO ANSWER, LEFT CARD.
1/2/2020 12:10 pm Attempted service at 2013 NEW HAMPSHIRE AVE, NW, APT 701, WASHINGTON, DC 20009, NO ANSWER-LEFT CARD.
12/27/2019 2:23 pm Attempted service at 2013 NEW HAMPSHIRE AVE, NW, APT 701, WASHINGTON, DC 20009, NO ANSWER-LEFT CARD.
12/22/2019 10:41 am Attempted service at 2013 NEW HAMPSHIRE AVE, NW, APT 701, WASHINGTON, DC 20009, SECURED BUILDING-I WAS UNABLE TO GAIN ACCESS.
12/16/2019 1:41 pm Attempted service at 1800 F STREET, NW, WASHINGTON, DC 20405, SECURED BUILDING-I WAS UNABLE TO GAIN ACCESS.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action. I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Scott Tilles
Process Server

**PRIORITY PROCESS**
info@priorityprocess.com
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2019043668

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c