## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:19-cv-02025-TJK |
| ) | |
| v. ) | |
| ) | |
| PHILIP ASHLOCK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE ON DEFENDANT PHILIP ASHLOCK

THIS CAUSE came before the Court upon Plaintiff's Motion for Alternate Service on Defendant Philip Ashlock the ("Motion"), pursuant to Fed. R. Civ. P. 4(e)(1), and District of Columbia Rule of Civil Procedure 4(c)(4). This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. The Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. Plaintiff is permitted to serve Defendant Philip Ashlock by alternate service, including sending a copy of the Amended Complaint and Summons by registered or certified mail, return receipt requested, and delivery restricted to the addressee at the Last Known Address, 2013 New Hampshire Avenue, N.W., Apt. 701., Washington, D.C. 20009.

3. Plaintiff shall have twenty-one (21) days from the date of this Order to serve Defendant Ashlock by alternate service.

4. Defendant shall have twenty-one (21) days from acknowledgement of the receipt of mail to file an Answer or other responsive pleading with this Court.

5. If the Defendant fails to do so, he will be subject to Default.

SO ORDERED this ___ day of _____, 2020.

By: _____
**UNITED STATES DISTRICT JUDGE**